HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JAVIER SALGUERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAVIER SALGUERO, Defendant. | Case No. 2:24-cr-00071-DJC-2<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Katherine Lydon, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Salguero, that the Special Conditions of Release filed on April 12, 2024 (ECF 32) be amended to add condition 16 reading as follows:

**16. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

///

All other conditions will remain in place. The government and U.S. Pretrial Services have no objections to this amendment.

Dated: July 15, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JUAN AISPURO-PENA

Dated: July 15, 2026

ERIC GRANT
United States Attorney

/s/ Katherine Lydon
KATHERINE LYDON
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED: July 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE